# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST. JOSEPH DIVISION

| | |
|---|---|
| TRYSTON WILSON, | ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 21-6031-CV-SJ-FJG |
| WALMART, INC., | ) ) |
| Defendant. | ) ) |

## ORDER

Currently pending before the Court is Plaintiff's Notice of Voluntary Dismissal without Prejudice pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(i) (Doc.# 10). Plaintiff moves to voluntarily dismiss this case without prejudice against defendant Walmart, Inc. For good cause shown, the Court hereby **GRANTS** plaintiff's Motion to Dismiss and **DISMISSES** the above entitled action against this defendant without prejudice.

Date: June 10, 2021
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge